UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | No. 3:12-CR-00188 |
| | § | CHIEF JUDGE HAYNES |
| DEBBIE FOUST | § | |

## MOTION TO CORRECT CLERICAL ERROR IN JUDGMENT

*[Handwritten annotation: Granted. This motion is granted. /s/ ... 10-21-13]*

Comes now the Defendant, Debbie Foust, by the undersigned counsel, and moves the Court to correct the clerical error pertaining to the date and day indicated for Mrs. Foust to surrender for service of her sentence. On page two of the Judgment in a Criminal Case, it is written that Mrs. Foust is to report "before 2 p.m. on Tuesday, October 28, 2014." Counsel suspects the Court meant for Mrs. Foust to report on October 28, 2013. Furthermore, October 28, 2013, is on a Monday. Counsel moves the Court for the Judgment to be amended to indicate that Mrs. Foust is to surrender for service of her sentence "before 2 p.m. on Monday, October 28, 2013."

Counsel for Mrs. Foust has discussed this matter with the Assistant U.S. Attorney, William Abely, and he concurs with the relief requested in this Motion.

Respectfully submitted,

**WEATHERLY, MCNALLY & DIXON, PLC**

By: s/Patrick T. McNally
PATRICK T. MCNALLY, BPR No. 010046
Attorney for Defendant
Fifth Third Center, Suite 2260
424 Church Street
Nashville, Tennessee 37219
(615) 986-3377
Pmcnally@wmdlawgroup.com